IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, <br> SHAKENA WALSTON, <br> ERRIYAH BANKS <br> DESTINEE TOVAR <br> PETROBA MICHIEKO <br> JAMES THOMPSON, <br><br>       On behalf of themselves and all <br>       others similarly situated, <br><br>       Plaintiffs, <br><br> v. <br><br> DALLAS COUNTY, TEXAS, <br><br><br> SHERIFF MARIAN BROWN, <br><br> TERRIE MCVEA, <br> LISA BRONCHETTI, <br> STEVEN AUTRY, <br> ANTHONY RANDALL, <br> JANET LUSK, <br> HAL TURLEY, <br>       Dallas County Magistrates <br><br> ERNEST WHITE (194TH), <br> HECTOR GARZA (195TH), <br> TERESA HAWTHORNE (203RD), <br> TAMMY KEMP (204TH), <br> JENNIFER BENNETT (265TH), <br> AMBER GIVENS-DAVIS (282ND), <br> LIVIA LIU FRANCIS (283RD) <br> STEPHANIE MITCHELL (291ST), <br> BRANDON BIRMINGHAM (292ND), <br> TRACY HOLMES (363RD), <br> ROBERT BURNS (NO. 1), <br> NANCY KENNEDY (NO. 2), <br> GRACIE LEWIS (NO. 3), | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:18-CV-154 |

```
DOMINIQUE COLLINS (NO. 4),                      )
CARTER THOMPSON (NO. 5),                        )
JEANINE HOWARD (NO. 6),                         )
STEPHANIE FARGO (NO. 7),                        )
        Judges of Dallas County Criminal District Courts  )
                                                )
DAN PATTERSON (NO. 1),                          )
JULIA HAYES (NO. 2),                            )
DOUG SKEMP (NO. 3),                             )
NANCY C. MULDER (NO. 4),                        )
LISA GREEN (NO. 5),                             )
ANGELA KING (NO. 6),                            )
ELIZABETH CROWDER (NO. 7),                      )
TINA YOO CLINTON (NO. 8),                       )
PEGGY HOFFMAN (NO. 9),                          )
ROBERTO CANAS, JR. (NO. 10),                    )
SHEQUITTA KELLY (NO. 11),                       )
        Judges of Dallas County Criminal Courts at Law  )
                                                )
        Defendants.                             )
                                                )
```

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Named Plaintiffs respectfully move the court to issue a preliminary injunction with respect to Claims I and II on behalf of themselves and all other current and future presumptively innocent arrestees who are or will be in Dallas County Custody. For the reasons stated in the Brief in Support of the Motion for Preliminary Injunction, filed contemporaneously herewith in accordance with Local Civil Rule 7.1, Plaintiffs respectfully request that the Court grant their Motion by preliminarily enjoining the County from enforcing its wealth-based pretrial detention system and ordering the County to provide the procedural safeguards and substantive findings that the Constitution requires before preventatively detaining any presumptively innocent individuals.

Dated: January 21, 2018.

/s/ *Elizabeth Rossi*
Elizabeth Rossi* (*Pro Hac Vice* Application forthcoming)

Maryland Attorney No. 1412180090
Alec Karakatsanis (*Pro Hac Vice* Application forthcoming)
D.C. Bar No. 999294
Premal Dharia (*Pro Hac Vice* Application forthcoming)
D.C. Bar No. 484091
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953
Fax: 202-609-8030
elizabeth@civilrightscorps.org
alec@civilrightscorps.org
premal@civilrightscorps.org

*Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).*

/s/ Trisha Trigilio
Trisha Trigilio
Texas Bar No. 24065179
Andre Segura
N.Y. Bar No. 5021647
American Civil Liberties Union Foundation of Texas
1500 McGowen Street, Suite 250
Houston, Texas 77004
Tel: 713.942.8146
Fax: 713.942.8966
ttrigilio@aclutx.org

/s/ Kali Cohn
Kali Cohn
Texas Bar. No. 24092265
American Civil Liberties Union Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Tel: 214-346-6577
Fax: 713-942-8966
kcohn@aclutx.org

/s/Brandon J. Buskey
Brandon J. Buskey
Alabama Bar Number: ASB-2753-A50B
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor

New York, NY 10004
Tel: (212) 284-7364
Fax: (212) 549-2654
bbuskey@aclu.org

*/s/ Susanne Pringle*
Susanne Pringle
Texas Bar No. 24083686
springle@fairdefense.org
Emily Gerrick (Application for Admission forthcoming)
Texas Bar No. 24092417
Texas Fair Defense Project
314 E. Highland Mall Blvd., Suite 180
Austin, Texas 78752
Telephone: (512) 637-5220
Facsimile: (512) 637-5224

*Attorneys for Plaintiffs*

**Certificate of Service**

This motion was filed simultaneously with the complaint in this action. This motion and all accompanying exhibits, along with copies of the summons and complaint, will be served on each Defendant by delivery to Professional Civil Process on the same date that the Clerk of Court issues a summons for that Defendant.

By: /s/ *Elizabeth Rossi*
Elizabeth Rossi* (*Pro Hac Vice* Application pending)
Maryland Attorney No. 1412180090
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953
Fax: 202-609-8030
elizabeth@civilrightscorps.org

*Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

**Certificate of Conference**

This motion was filed simultaneously with the complaint in this action. Plaintiffs assume that this motion will be opposed, and will confer with Defense counsel as soon as counsel files a notice of appearance. Plaintiffs will notify the Court promptly if Defendants do not oppose this motion.

By: /s/ *Elizabeth Rossi*
Elizabeth Rossi* (*Pro Hac Vice* Application pending)
Maryland Attorney No. 1412180090
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953
Fax: 202-609-8030
elizabeth@civilrightscorps.org

*Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).