UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Shannon Daves, et al<br>*Plaintiff*<br><br>v.<br><br>Dallas County, Texas, et al<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 3:18-cv-154<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

The American Civil Liberties Union Foundation                              , with offices at

125 Broad Street, 18th Fl.
(Street Address)

New York                                    NY                  10004
(City)                                       (State)             (Zip Code)

212-284-7364                                 212-549-2654
(Telephone No.)                              (Fax No.)


II.  Applicant will sign all filings with the name Brandon Buskey                           .


III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Shannon Daves, Shakena Walston, Erriyah Banks, Destinee Tovar, Patroba Michieka, and James Thompson.



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Alabama_____, where Applicant regularly practices law.

Bar license number: ASB2753-A50B   Admission date: September 2007

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Alabama Middle District Court | February 2009 | Active |
| Fifth Circuit Court of Appeals | October 2017 | Active |
| NY State, Appellate Div., 2nd Dept. | 2013 | Active |
| Sixth Circuit Court of Appeals | December 2013 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

N/A                        N/A

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

Trisha Trigilio                                                    , who has offices at

1500 McGowen Street, Suite 250
(Street Address)

Houston                              Texas                 77004
(City)                               (State)               (Zip Code)

713-942-8146                         713-942-8966
(Telephone No.)                      (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

[✔]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 1 day of February , 2018 .

Brandon Buskey
Printed Name of Applicant

*Brandon Buskey*
Signature

# The Supreme Court of Alabama



## Certificate Of Admission

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify that __Brandon Jerel Buskey__ was duly and legally admitted to practice law by the Supreme Court of Alabama on __September 28, 2007__ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on __January 29, 2018__ with the seal of the Supreme Court of Alabama attached.



Julia Jordan Weller, Clerk
Supreme Court of Alabama

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Shannon Daves, et al § § *Plaintiff* § § § v. § § Dallas County Texas, et al § § *Defendant* § § | Case No. _____3:18-cv-154_____ |

### ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

Brandon Buskey_____.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                              PRESIDING JUDGE