UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Shannon Daves, et al. <br> *Plaintiff* | § § § § § | |
| v. | § | Case No. _____ 3:18-CV-154 _____ |
| | § § | |
| Dallas County, Texas, et al. <br> *Defendant* | § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Husch Blackwell LLP_____, with offices at

1800 Bering Drive, Suite 750_____
(Street Address)

Houston_____   Texas_____   77057_____
(City)                                          (State)            (Zip Code)

713-525-6263_____   713-647-6884_____
(Telephone No.)                             (Fax No.)

II.  Applicant will sign all filings with the name __Ben Stephens_____.

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Dallas County, Texas, Sheriff Marian Brown, Terrie McVea, Lisa Bronchetti, Steven Autry, Anthony Randall, Janet Lusk, Hal Turley, Dan Patterson, Julia Hayes, Doug Skemp, Nancy C. Mulder, Angela King, Elizabeth Crowder, Tina Yoo Clinton, Peggy Hoffman, Roberto Canas, Jr., and Shequitta Kelly

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Texas_____, where Applicant regularly practices law.

Bar license number: 24098472    Admission date: November 6, 2015

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of Texas | 06-20-16 | Active |
|  |  |  |
|  |  |  |
|  |  |  |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:              Case No. And Style:

_____          _____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Peter Harlan_____, who has offices at

133 North Riverfront Blvd. LB 19_____
(Street Address)

Dallas_____     Texas_____     75207_____
(City)                       (State)           (Zip Code)

214-653-3691_____     _____
(Telephone No.)                          (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 19th day of April_____, 2018____.


Benjamin R. Stephens_____
Printed Name of Applicant

_____
Signature

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Benjamin Riley Stephens**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2015.

I further certify that the records of this office show that, as of this date

**Benjamin Riley Stephens**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of April, 2018.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 3075C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.