UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Shannon Daves, et al<br>*Plaintiff*<br><br>v.<br><br>Dallas County, Texas, et al<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§  Case No. 3:18-cv-154<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

The American Civil Liberties Union Foundation                                    , with offices at

125 Broad Street, 18th Fl.
(Street Address)

| New York | NY | 10004 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 212-549-2528 | 212-549-2654 |
|---|---|
| (Telephone No.) | (Fax No.) |

II.  Applicant will sign all filings with the name  Andrea Woods                          .

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Shannon Daves, Shakena Walston, Erriyah Banks, Destinee Tovar, Patroba Michieka, and James Thompson.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____Washington_____, where Applicant regularly practices law.

Bar license number: 48265     Admission date: 10/29/2014

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Western District of Washington | 6/26/2017 | Active |
| New York State Bar | 2018 | Active |
|  |  |  |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

N/A    N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Trisha Trigilio                                                    , who has offices at

1500 McGowen Street, Suite 250
(Street Address)

Houston                             Texas              77004
(City)                              (State)            (Zip Code)

713-942-8146                        713-942-8966
(Telephone No.)                     (Facsimile No.)


XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 13 day of June , 2018 .

Andrea Woods
Printed Name of Applicant

*[signature]*
Signature

# CERTIFICATION OF CURRENT STATUS

June 7, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Andrea Woods**, WSBA ID# **48265** was admitted to the practice of law as a Lawyer in this state by the Supreme Court of Washington on **October 29, 2014**, and is, as of today's date, a(n) **Active Lawyer** of the Washington State Bar Association, **Eligible** to practice law in this state as a Lawyer.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_Paula C. Littlewood_
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Shannon Daves, et al | § | |
| *Plaintiff* | § § § § | |
| v. | § | Case No. _____3:18-cv-154_____ |
| Dallas County Texas, et al | § § § | |
| *Defendant* | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

Andrea Woods _____.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____       _____
DATE                                                                    PRESIDING JUDGE