# RECOMMENDED BOND SCHEDULE*
### EFFECTIVE February 2017

| DEGREE OF OFFENSE | NO PRIORS** | 1 PRIOR** | 2 OR MORE PRIORS ** | CURRENTLY ON BOND FOR ANY FELONY OR ON PAROLE | CURRENTLY ON FELONY PROBATION |
|---|---|---|---|---|---|
| STATE JAIL | $500 | $1,500 | $5,000 | $50,000 | $50,000 <br> If on State Jail probation & new case is SJ: $10,000 |
| THIRD DEGREE | $1,500 | $3,500 | $25,000 | $50,000 | $50,000 |
| 3RD DEGREE/FV ASSAULT & VIOL PROT ORD | $15,000 & NO CONT ORD*** | $25,000 & NO CONT ORD*** | $50,000 & NO CONT ORD*** | $50,000 & NO CONT ORD*** | |
| 2ND DEGREE AGG. ASSLT. | $2,500 to $25,000 | $5,000 to $25,000 | $25,000 | $25,000 | $100,000 |
| 2nd DEGREE AGG ASSLT/FV | $15,000 to $25,000 & NO CONT ORD*** | $25,000 to $50,000 & NO CONT ORD*** | $50,000 & NO CONT ORD*** | $50,000 & NO CONT ORD*** | |
| 1st DEGREE AGG ASSLT | $50,000 NO CONT ORD if FV*** | $50,000 NO CONT ORD if FV*** | $100,000 NO CONT ORD if FV*** | $100,000 NO CONT ORD if FV*** | |
| +++ INTOX MANSL | $50,000 | $50,000 | $100,000 | $100,000 | $100,000 |
| OTHER 2ND DEGREE | $2,500 | $5,000 | $25,000 | $50,000 | $100,000 |
| 1ST DEGREE | $5,000 | $15,000 | $50,000 | $50,000 | $100,000 |

# RECOMMENDED BOND SCHEDULE*
### EFFECTIVE February 2017

|  | $25,000 | $50,000 | $100,000 | $50,000 | $100,000 |
|---|---|---|---|---|---|
| ANY FELONY WITH DEADLY WEAPON OTHER THAN AGG. ASSLT. AND ALL 3(g) OFFENSES | $25,000 | | | | |
| 1ST DEGREE DELIVERY, POSSESSION WITH INTENT & MANUFACTURE | | | | | $100,000 |
| 400 - 999 GRAMS | $25,000 | | | | $100,000 |
| 1,000 - 2,999 GRAMS | $50,000 | | | | |
| 3,000 - 5,999 GRAMS | $100,000 | | | | |
| 6,000 - 14,999 GRAMS | $250,000 | | | | |
| 15,000 - 49,999 GRAMS | $500,000 | | | | |
| 50,000 OR MORE GRAMS | $1,000,000 | | | | |
| CAPITAL MURDER | $500,000 | | | | |

\*  These are recommended amounts. Bonds may be set higher or lower than the amounts shown if justified by the facts of the case and the circumstances of the defendant.

\*\*  Prior means any prior felony, including state jail which has been revoked.

\*\*\*  No Cont Ord means No Contact Order

+++  Intoxication Manslaughter - Bond amount applies whether 1st Degree or 2nd Degree