# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| Shannon Daves, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-00154-N |
| Dallas County, et. al. | ) | |
| *Defendant* | ) | |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP - 5 2018**
**CLERK, U.S. DISTRICT COURT**
**By _____ Deputy**

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiffs: Shannon Daves, et. al.**

Date:   08/30/2018

*Attorney's signature*

Emily Gerrick, TX Bar # 24092417
*Printed name and bar number*

314 E. Highland Mall, Suite 108, Austin TX 78752
*Address*

egerrick@fairdefense.org
*E-mail address*

512-879-1189
*Telephone number*

512-637-5224
*FAX number*

# TEXAS FAIR DEFENSE PROJECT

United States District Court
Northern District of Texas
Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

August 30, 2018

To the Clerk of the Court:

Please find attached my notice of appearance in Shannon Daves, et. al. vs. Dallas County, et. al. You can reach me by phone at 512-879-1189 or by email at egerrick@fairdefense.org. Thank you for your consideration.

Sincerely,

*[signature]*

Emily Gerrick
Staff Attorney
SBN 24092417
Texas Fair Defense Project
314 E Highland Mall, Suite 108
Austin, TX 78752
egerrick@fairdefense.org
(512) 879-1189

TEXAS FAIR DEFENSE PROJECT
**TFDP**
314 E. Highland Mall Blvd. Suite 108
Austin TX 78752

ALISTIN TX 787
RIO GRANDE DISTRICT
31 AUG 2018 PM 3 L

Clerk, US. District Court
Northern District of Texas
Dallas Division
1100 Commerce St.
Room 1452
Dallas, TX 75242

75242-131052