IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action |
| | § | Case No. 3:18-CV-154 |
| | § | |
| DALLAS COUNTY, TEXAS, *et al.*, | § | |
| Defendants. | § | |

### Notice of Appeal by Dallas County

Defendant Dallas County, Texas appeals to the United States Court of Appeals, Fifth Circuit from: (a) the Memorandum Opinion and Order entered September 20, 2018 (ECF No. 164), and (b) the Preliminary Injunction Order entered September 20, 2018 (ECF No. 165).

Respectfully Submitted,

**HUSCH BLACKWELL LLP**

*/s/ Katharine D. David*
Katharine D. David
Texas Bar No. 24045749
kate.david@huschblackwell.com
Philip J. Morgan
Texas Bar No. 24069008
phil.morgan@huschblackwell.com
Ben Stephens
Texas Bar No. 24098472
ben.stephens@huschblackwell.com
1800 Bering, Suite 750
Houston, Texas 77057
Tel: 713.525.6200
Fax: 713.647.6884


**FAITH JOHNSON**
**DISTRICT ATTORNEY**

*/s/ Peter L. Harlan*
Peter L. Harlan
Assistant District Attorney
Texas Bar No. 09011300
Federal Section
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207-4399
Ph: 214-653-3691 – Fax: 214-653-2899
pharlan@dallascounty.org


ATTORNEYS FOR
DALLAS COUNTY, TEXAS

## Certificate of Service

I certify that copies of this document were served by delivering them to the following on October 22, 2018, by email or through the CM/ECF system:

Elizabeth Rossi
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Ph: 202-681-2721 - Fax: 202-609-8030
Email: elizabeth@civilrightscorps.org

Akeeb Dami Animashaun
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Ph: 202-670-9541 - Fax: 202-609-8030
Email: dami@civilrightscorps.org

Alexander George Karakatsanis
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Ph: 202-681-2721 - Fax: 202-609-8030
Email: alec@civilrightscorps.org

Andre Segura
ACLU Foundation of Texas
1500 McGowen Suite 250
Houston, TX 77004
Ph: 713-325-7012
Email: asegura@aclutx.org

Andrea Woods
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Ph: 212-549-2528
Email: awoods@aclu.org

Brandon Buskey
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Ph: 212-284-7364 - Fax: 212-549-2654
Email: bbuskey@aclu.org

Kali Alanna Cohn
ACLU of Texas
6440 North Central Expressway, Suite 318
Dallas, TX 75206
Ph: 214-346-6577 - Fax: 713-942-8966
Email: kcohn@aclutx.org

Premal Dharia
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
202-681-2721
Fax: 202-609-8030
Email: premal@civilrightscorps.org

Susanne Ashley Pringle
Texas Fair Defense Project
314 E Highland Mall Blvd, Suite 108
Austin, TX 78752
Ph: 512-637-5220
Email: springle@fairdefense.org

Trisha Trigilio
American Civil Liberties
 Union Foundation of Texas
P.O. Box 8306
Houston, TX 77288-8306
Ph: 713-942-8146 x114
Email: ttrigilio@aclutx.org

Emily Gerrick
Texas Fair Defense Project
314 E Highland Mall Blvd Suite 108
Austin, TX 78752
Ph: 512-879-1189 - Fax: 512-637-5224

*Attorneys for Plaintiffs*

Eric A Hudson
Office of the Attorney General of Texas
PO Box 12548
Austin, TX 78711-2548
Ph: 512-463-2120 - Fax: 512-320-0667
Email: eric.hudson@oag.texas.govChristopher

Lee Lindsey
Office of the Texas Attorney General
Law Enforcement
PO Box 12548
Austin, TX 78711-2548
Ph: 512-463-2080 – Fax: 512-370-9314
Email: christopher.lindsey@oag.texas.gov

Enrique Manuel Varela
Office of the Attorney General of Texas
300 W 15th Street
Austin, TX 78701
Ph: 512-475-4080 - Fax: 512-320-0667
Email: enrique.varela@oag.texas.gov

Kelsey Warren
Office of the Attorney General
Administrative Law Division
P.O. Box 12548
Austin, TX 78711-2548
512-936-1660
Fax: 512-370-9373
Email: kelsey.warren@oag.texas.gov

***Attorneys for Defendant District Court Judges***

/s/ Katharine D. David
Katharine D. David