# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SHANNON DAVES, *et al.* <br> ***Plaintiffs,*** <br><br> **v.** <br><br> DALLAS COUNTY, TEXAS, *et al.*, <br> ***Defendants.*** | Civil Action No. 3:18-cv-00154 |

## DALLAS COUNTY CRIMINAL DISTRICT COURT JUDGES' NOTICE OF APPEAL

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE DAVID C. GODBEY:**

Notice is hereby given that Defendants Dallas County Criminal District Court Judges Brandon Birmingham, Ernest White, Hector Garza, Teresa Hawthorne, Tammy Kemp, Jennifer Bennett, Amber Givens-Davis, Livia Liu Francis, Stephanie Mitchell, Tracy Holmes, Robert Burns, Nancy Kennedy, Gracie Lewis, Dominique Collins, Carter Thompson, Jeanine Howard, and Stephanie Fargo hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order of September 20, 2018 [ECF Doc. 164 &165].

Dated: October 22, 2018

**RESPECTFULLY SUBMITTED,**

**KEN PAXTON**
Attorney General of Texas

**JEFFEREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**DAVID A. TALBOT, JR.**
Acting Chief - General Litigation Division

*/s/ Eric A. Hudson*
**ERIC A. HUDSON**
Attorney-in-Charge
Texas Bar No. 24059977
**ENRIQUE M. VARELA**
State Bar No. 24043971
Assistant Attorneys General
Office of the Attorney General - 019
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-4058
(512) 320-0667 FAX
eric.hudson@oag.texas.gov
enrique.varela@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS DALLAS COUNTY DISTRICT COURT JUDGES**

## NOTICE OF ELECTRONIC FILING

I hereby certify that I have electronically submitted for filing, a copy of the above and foregoing in accordance with the Electronic Case Files System of the Northern District of Texas on the 22nd day of October 2018.

*/s/ Eric A. Hudson*
**ERIC A. HUDSON**
Assistant Attorney General