AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Shannon Daves et al <br> *Plaintiff* <br> v. <br> Dallas County Texas et al <br> *Defendant* | ) <br> ) <br> ) Case No. 3:18-cv-00154-N <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants Dallas County, Texas, Marian Brown, Dan Patterson, Julia Hayes, Doug Skemp, Nancy C. Mulder, Lisa Green, Angela King, Elizabeth Crowder, Tina Yoo Clinton, Peggy Hoffman, Roberto Canas, Shequitta Kelly, Terri McVea, Lisa Bronchetti, Steven Autry, Anthony Randall, Janet Lusk, and Hal Turley

Date: 03 JUL 2019

*Attorney's signature*

Jason Schuette, #17827020
*Printed name and bar number*

133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207
*Address*

Jason.Schuette@dallascounty.org
*E-mail address*

(214) 653-3692
*Telephone number*

(214) 653-2899
*FAX number*