**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SHANNON DAVES, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | **CASE NO. 3:18-cv-00154** |
| **DALLAS COUNTY, TEXAS, et al.,** | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey M. Tillotson files this Notice of Appearance for Defendants Brandon Birmingham and Tina Yoo Clinton in the above-styled and numbered cause of action. Please direct all correspondence and other communications to the address below:

   Jeffrey M. Tillotson
   Texas Bar No. 20039200
   TILLOTSON LAW
   1807 Ross Avenue, Suite 325
   Dallas, Texas 75201
   (214) 382-3041 Telephone
   (214) 292-6564 Facsimile
   Email: jtillotson@tillotsonlaw.com

DATED:  July 3, 2019                                  Respectfully submitted,

                     */s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas  75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR DEFENDANTS
BRANDON BIRMINGHAM AND
TINA YOO CLINTON**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon all counsel herein by ECF on July 3, 2019.

                     */s/ Jeffrey M. Tillotson.*
Jeffrey M. Tillotson