IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | CASE NO. 3:18-cv-00154 |
| DALLAS COUNTY, TEXAS, et al., | § § | |
| Defendants. | § | |

**SUPPLEMENTAL RESPONSE ON BEHALF OF JUDGES BIRMINGHAM AND YOO CLINTON REGARDING DALLAS COUNTY'S REQUEST FOR MEDIATION**

COME NOW Judges Brandon Birmingham and Tina Yoo Clinton, Defendants in the above-styled action, and file this Supplemental Response to Dallas County's Motion To Require Mediation [ECF 206] and state as follows:

1. Dallas County filed a motion seeking to require mediation in this case. *See* [ECF 206].

2. The Attorney General of Texas filed an omnibus response on behalf of the Dallas County Criminal District Judges opposing the motion and any request for mediation. *See* [ECF 208].

3. Judges Birmingham and Yoo Clinton hereby file this Supplemental Response stating that, while they do not waive any of the jurisdictional or immunity arguments set out in the prior opposition, they do not now and never have opposed mediation in this case. Judges Birmingham and Yoo Clinton further state that they welcome the opportunity to work for ways to resolve the issues raised in this case through Court-ordered mediation or other methods.

4. This Supplemental Response is not intended to nor does it waive or withdraw any prior argument made by the Dallas County Criminal District Judges regarding jurisdiction, immunity or any other such argument and it is the express intent of Judges Birmingham and Yoo Clinton to preserve all such arguments.

DATED: July 8, 2019

Respectfully submitted,

  /s/ Jeffrey M. Tillotson
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**TILLOTSON LAW**
1807 Ross Avenue, Suite 325
Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR DEFENDANTS
BRANDON BIRMINGHAM AND
TINA YOO CLINTON**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served upon all counsel herein by ECF on July 8, 2019.

  /s/ Jeffrey M. Tillotson.
Jeffrey M. Tillotson