IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-00154 |
| | § | |
| DALLAS COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that Barry Barnett and Neal Manne, of the law firm of Susman Godfrey L.L.P., hereby appear as additional counsel for plaintiffs Shannon Daves, Shakena Walston, Erriyah Banks, Destinee Tovar, Patroba Michieka, James Thompson, Faith in Texas, and Texas Organizing Project Education and request that copies of all pleadings, papers, notices, orders, and other papers be served upon them at the addresses below.

Dated: August 21, 2019

        Respectfully submitted,

        By: */s/ Barry Barnett*
        Barry Barnett
        Texas Bar No. 01778700
        bbarnett@susmangodfrey.com
        SUSMAN GODFREY L.L.P.
        8115 Preston Road, Suite 575
        Dallas, Texas 75229

        Neal S. Manne
        State Bar No. 12937980
        nmanne@susmangodfrey.com
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone: 713-651-9366
        Facsimile: 713-654-6666

        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that that in accordance with the Texas Rules of Civil Procedure, a true and correct copy of the above document was served to the following counsel of record via the court's email on this 21st day of August 2019.

        /s/ Barry Barnett
        Barry Barnett