IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, et al., | § | CIVIL ACTION NO. 3:18-CV-00154 |
| Plaintiffs, | § | |
| v. | § | |
| DALLAS COUNTY, TEXAS, et al., | § | |
| Defendants. | § | |

**MOTION TO WITHDRAW**

Pursuant to Local Rule 83.12, counsel for Plaintiffs Kali Cohn hereby moves to withdraw as counsel in the instant matter. Ms. Cohn has resigned from her position with the American Civil Liberties Union Foundation of Texas. Mr. Andre Segura and Ms. Trisha Trigilio, lawyers associated with the American Civil Liberties Union Foundation of Texas, remain counsel of record on the case, in addition to lawyers associated with Civil Rights Corps, the American Civil Liberties Union Foundation, Texas Fair Defense Project, and Susman Godfrey, L.L.P.

Ms. Cohn's role as local counsel in this case will be fulfilled by Barry Barnett, of the law firm of Susman Godfrey L.L.P., pursuant to his Notice of Appearance, ECF No. 218. His information is as follows:

> Barry Barnett
> Texas Bar No. 01778700
> bbarnett@susmangodfrey.com
> SUSMAN GODFREY L.L.P.
> 8115 Preston Road, Suite 575
> Dallas, Texas 75229

Respectfully submitted,

/s/ *Kali Cohn*
Kali Cohn
Texas Bar. No. 24092265
American Civil Liberties Union Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Tel: 214-346-6577
Fax: 713-942-8966
kcohn@aclutx.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 23d day of August, 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.

By:   /s/ *Kali Cohn*
Kali Cohn
Texas Bar. No. 24092265
American Civil Liberties Union Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Tel: 214-346-6577
Fax: 713-942-8966
kcohn@aclutx.org