IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, et al., | § | CIVIL ACTION NO. 3:18-CV-00154 |
|    Plaintiffs, | § | |
| v. | § | |
| DALLAS COUNTY, TEXAS, et al., | § | |
|    Defendants. | § | |

**[PROPOSED]**
**ORDER GRANTING MOTION TO WITHDRAW**

UPON CONSIDERATION of the Motion to Withdraw filed Ms. Kali Cohn in the above-captioned case, this Court hereby determines that Motion should be granted.

IT IS HEREBY ORDERED that Kali Cohn is no longer counsel of record in the above-captioned case.

Signed on this _____ day of _____, 2019.

_____
HON. DAVID C. GODBEY
UNITED STSTES DISTRICT JUDGE

1