## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **SHANNON DAVIS et.al** | § | |
| **Plaintiffs** | § | **3:18-CV-00154** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| | § | |
| **DALLAS COUNTY et. al.** | | |

### UNOPPOSED MOTION TO WITHDRAW  AS COUNSEL

COMES NOW, Russell Wilson II files this his unopposed motion to withdraw as

counsel Defendant Amber Givens-Davis. Ms. Givens-Davis intends is represented

by Mr. Tillotson.  Mr. Wilson's entry of appearance was filed in error which has

been clarified by Mr. Tillotson's entry (dkt 222).  Defendant Amber Givens-Davis

will be represented by Jeffery R. Tillotson whose contact information is

Jeffrey M. Tillotson
Texas Bar No. 20039200
 TILLOTSON LAW
1807 Ross Avenue, Suite 325
 Dallas, Texas 75201
(214) 382-3041 Telephone
(214) 292-6564 Facsimile
Email: jtillotson@tillotsonlaw.com

Respectfully submitted,

Russell Wilson
SBN 00794870
1910 Pacific Ave #15100
Dallas, Texas 75201
(469) 573-0211

By: **/S/ Russell Wilson II**
    Russell Wilson II
    State Bar No. 00794870
    Attorney for **Amber Givens Davis**

## CERTIFICATE OF SERVICE

I certify that all opposing counsel were notified of this pleading via e-file on September 21, 2019

**/S/ Russell Wilson II**
Russell Wilson II