IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVIS et.al  <br>   Plaintiffs <br><br> v. <br><br> DALLAS COUNTY et. al. | § § § § § § § § | 3:18-CV-00154 |

# ORDER

The Court having considered the unopposed motion to withdraw as counsel of Russell Wilson II as counsel finds that it should be GRANTED.

SIGNED THIS_____ DAY OF SEPTEMBER 2019

_____
UNITED STATES DISTRICT COURT JUDGE
DAVID C. GODBEY