

The Honorable David C. Godbey
United States District Judge
Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, Texas 75242-1003

<u>Via CM/ECF</u>

October 9, 2019

RE: *Daves v. Dallas County*, No. 3:18-cv-154 (N.D. Tex.)

The Parties write this letter to address the pending Rule 26(f) Case Management Report, in which the Parties jointly asked this Court to enter a variety of case management deadlines, including a deadline of November 15, 2019 for the close of written discovery. *See* Dkt. 198 at 5–10. There is currently no case management order in this case, and the Parties now write to inform this Court about the status of discovery, the need for an extension of time from the deadlines proposed in the Parties' Report, and to respectfully request that this Court not order the Parties to comply with the deadlines they proposed in their April 2019 26(f) Report. A modified Rule 26(f) Report with amended proposed deadlines is forthcoming.

Because of the volume of discovery to be produced, the Parties cannot complete written discovery by November 15, 2019. The Parties are working diligently to propose specific, new deadlines for a case management order. The Parties have met and conferred via phone four times since Plaintiffs propounded discovery requests upon Defendants in April and are endeavoring to

work cooperatively to resolve discovery disputes and facilitate discovery production. The Parties will conduct another Rule 26(f) conference in the coming weeks, after more discovery is completed, and will submit a modified Rule 26(f) Report that requests that new case management deadlines be incorporated into a case management order.

On April 15, 2019, Plaintiffs propounded requests for production of documents upon Defendants (Plaintiffs' Third Request for Production of Documents to the Felony Judge Defendants and Plaintiffs' Fourth Request for Production of Documents to the Dallas County Defendants ("document requests")). In the five months since Plaintiffs propounded the document requests, the Felony Judges have produced 60 documents and the County Defendants have produced over 7,000 documents.

The Parties met and conferred most recently on September 23, 2019 to discuss the status of discovery production. Dallas County informed Plaintiffs that they still have about 200,000 documents to review and produce pursuant to the Parties agreed upon search protocol for the discovery requests. The Felony Judges informed Plaintiffs that they have about 250,000 documents to review and produce (although about 130,000 of those documents can be easily segregated and produced separately) pursuant to the agreed upon search protocol. Further, due to technological issues, the County Defendants have yet to produce any of the videos Plaintiffs requested on April 15.

The Parties note that the Plaintiffs and County Defendants disagree about the proper scope of the discovery requests, namely whether and to what extent documents created prior to the filing of the Complaint are relevant. Because Plaintiffs challenge the policies that were in place when

the Complaint was filed in January 2018, Plaintiffs contend that documents and information from prior to filing are relevant to the clams and defenses at issue in this litigation. The County Defendants disagree and object to producing any documents from prior to the date the lawsuit was filed, other than emails of the presiding magistrate judge. The Parties will continue to work together to resolve this and other discovery disputes and will present any discovery disputes they are unable to resolve, once ripe for review, to the Magistrate Judge.

Respectfully Submitted,

*/s/ Elizabeth Rossi*
Elizabeth Rossi (*Pro Hac Vice*)
D.C. Bar No. 1500502
Alec Karakatsanis (*Pro Hac Vice*)
D.C. Bar No. 1614199
A. Dami Animashaun (*Pro Hac Vice*)
D.C. Bar No. 5552849
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Tel: (202) 599-0953
Fax: (202) 609-8030
elizabeth@civilrightscorps.org
alec@civilrightscorps.org
dami@civilrightscorps.org

/s/ *Trisha Trigilio*
Trisha Trigilio
Texas Bar No. 24075179
Andre Segura
N.Y. Bar No. 5021647
ACLU Foundation of Texas
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel: (713) 942-8146
Fax: (713) 942-8966
ttrigilio@aclutx.org
asegura@aclutx.org

*/s/ Andrea Woods*
Andrea Woods (*Pro Hac Vice*)
Washington Bar Number: 48265
Brandon J. Buskey (*Pro Hac Vice*)
Alabama Bar Number: ASB-2753-A50B
ACLU Foundation
Criminal Law Reform Project
New York, NY 10004
Tel: (212) 284-7364
Fax: (212) 549-2654
awoods@aclu.org
bbuskey@aclu.org

*/s/Emily Gerrick*
Emily Gerrick
Texas Bar No. 24092417
Texas Fair Defense Project
314 E. Highland Mall Blvd.
Austin, Texas 78752
Tel: (512) 637-5220
Fax: (512) 637-5224
egerrick@fairdefense.org

*Attorneys for Plaintiffs*

*/s/ Katharine D. David*
Katharine D. David
Texas Bar No. 24045749
kate.david@huschblackwell.com
Ben Stephens
Texas Bar No. 24098472
ben.stephens@huschblackwell.com
600 Travis, Suite 2350
Houston, Texas 77002
Tel: 713.525.6200
Fax: 713.647.6884

*Attorneys for Dallas County Defendants*

**KEN PAXTON**
Attorney General of Texas
**JEFFEREY C. MATEER**
First Assistant Attorney General
**BRANTLEY STARR**
Deputy First Assistant Attorney General
**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation
**AMANDA J. COCHRAN-MCCALL**
Acting Chief - General Litigation Division

/s/ *Eric A. Hudson*
**Eric A. Hudson**
Attorney-in-Charge
Texas Bar No. 24059977
**ENRIQUE M. VARELA**
Texas Bar No. 24043971
Assistant Attorneys General
General Litigation Division
Office of the Attorney General – 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-4058
(512) 320-0667 FAX
eric.hudson@oag.texas.gov
enrique.varela@oag.texas.gov

*Attorneys for the Defendants Felony Judges*