IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON DAVES, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:18-CV-154-N |
| DALLAS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Fifth Circuit *en banc* has remanded this case with instructions to dismiss, and the Court accordingly dismisses without prejudice. --- F.4th ---, 2023 WL 2720444, at *15 (5th Cir. 2023). This is a final judgment. All costs and fees shall be taxed against the party incurring them. *See* FED. R. CIV. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party."); *Dunster Live, LLC v. LoneStar Logos Mgmt. Co.*, 908 F.3d 948, 951 (5th Cir. 2018) ("A dismissal without prejudice means no one has prevailed; the litigation is just postponed with the possibility of the winner being decided at a later time in a new arena.").

Signed April 25, 2023.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE